**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**CYBH, Juvenile Male, Defendant—
Appellant.**

No. 11–30130.

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Dec. 19, 2011.*

Filed Dec. 22, 2011.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

### MEMORANDUM **

Appellant, a juvenile, appeals from the sentence imposed following his true-plea to an act of juvenile delinquency, pursuant to 18 U.S.C. § 5037. Appellant was sentenced to official detention until his nineteenth birthday followed by 12 months of juvenile delinquent supervision. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Appellant contends that the district court's sentence contravenes the rehabilitative purposes of the Federal Juvenile Delinquency Act, 18 U.S.C. § 5031 et. seq., and that detention was not the least restrictive means of achieving these purposes. We conclude that the district court did not abuse its discretion in fashioning the sentence. *See United States v. Doe,* 149 F.3d 945, 950–51 (9th Cir.1998); *see also United States v. Juvenile,* 347 F.3d 778, 787–88 (9th Cir.2003).

**AFFIRMED.**

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

